IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR238 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEJANDRO A. TARIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant, Alejandro Tarin's ("Tarin"), motion to reduce sentence pursuant to 18 U.S.C. § 3582 (C)(2), Filing No. 162. On September 15, 1999, Tarin was found guilty of one count of conspiracy to distribute and to possess with the intent to distribute methamphetamine, cocaine, and marijuana in violation of 21 U.S.C. § 846, one count of possession with intent to distribute marijuana, one count of possession with intent to distribute cocaine and methamphetamine, and three counts of possession with intent to distribute cocaine all in violation of 21 U.S.C. § 841(a)(1). The recent changes to the sentencing guidelines do not apply to the crimes to which this defendant was found guilty, and thus, the defendant's motion for sentence reduction is denied.

IT IS ORDERED, that Alejandro Tarin's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (C)(2) (Filing No. 162) is denied.

DATED this 23rd day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge